## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBRA L. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-CV-776-WDS |
| ) | |
| SCHOOL DISTRICT #70 et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

**STIEHL, District Judge:**

Before the Court is defendants' motion to Enforce SDIL-LR 83.4(d)(2) and Illinois Rule of Professional Conduct 3.6 (Doc. 138), to which plaintiff has filed a response (Doc. 150). Defendants seek an Order from this Court directing that plaintiff's counsel be prohibited from making any extrajudicial statements concerning this case that violate the Illinois Rules of Professional Conduct 3.6.

Upon review of the record, the Court **DIRECTS** counsel for both parties that they are expressly prohibited from violating Rule 3.6 of the Illinois Rules of Professional Conduct by engaging in improper pre-trial publicity in this action. The Court **RESERVES RULING** until after trial on the question of whether the allegations defendants have made with respect to the conduct of counsel for plaintiff merits referral to the Illinois Attorney Registration and Disciplinary Committee.

**IT IS SO ORDERED.**

**DATED:** April 1, 2009

                       s/ WILLIAM D. STIEHL
                       **District Judge**