IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DEBRA L. LEWIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-CV-776-WDS |
| ) | |
| **SCHOOL DISTRICT #70, a corporation,** ) | |
| **JOHN BLMENKAMP, TAMMY** ) | |
| **CARPENTER, ROBIN HAWKINS,** ) | |
| **SHANE JONES, STEVE LINDAUER,** ) | |
| **HERSCHEL PARRISH, DEAN** ) | |
| **SALVATORE, RICHARD TROLARD,** ) | |
| **LAURIE WATKINS, and SCOTT** ) | |
| **WEBER,** ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM & ORDER

**STIEHL, District Judge:**

This matter is before the Court for docket control. On June 1, 2011, the Court of Appeals affirmed this Court's dismissal of plaintiff's cause of action with prejudice, and the mandate in this case was entered on July 15, 2011. *Lewis v. School District No. 70*, 648 F.3d 484 (7th Cir. 2011), *reh'g denied*, No. 10-1453 (July 7, 2011).

In light of the decision of the Court of Appeals, the Court **DENIES** the pending motions, e.g., Motion for Sanctions and for Attorneys Fees (Doc. 201); and Motion to Strike (Doc. 204) as moot.

**IT IS SO ORDERED.**

**DATE:**   16  September, 2011

  s/ WILLIAM D. STIEHL
  **DISTRICT JUDGE**